Matthew P. Lugin
#17880-006
FPC Yankton
P.O. Box 700
Yankton SD 57078

Case No. 4:15-cr-00010-RRB

To Honorable Judge R. Beistline
United States District Court
101 12th Avenue, Room 332
Fairbanks, Alaska 99701

RECEIVED
AUG 03 2020
Clerk, U.S. District Court
Fairbanks, AK

Dear Judge Beistline,

I would like to be considered for compassionate realease under 18 U.S.C 3582(C)(1)(A) due to the Covid 19 pandemic. I request this because I am currently not eligable for the Cares Act. And I would also like to request an attorney from the bubic defenders office to assist me with my motion.

I was denied by the warden Mr. Cox due to that fact that I have no documented Covid 19 risk factors. This does not at all minimize my risk factors from this deadly virus that has now spread to over 100 of 122 federal institutions. It is not a matter of if this virus will reach Yankton FPC but when.

By using the risk factors from the CARES ACT, wich I am told I am currently not eligable for still does say I should not be eligable for home confinement. This virus is a mystery. And my risk factors are years of smoking meth and cigeretts along with living conditions that are at risk for all inmate at Yankton FPC. Safe social distancing is inposible. With the assistance of an appointed attorney it is my desire to raise this issue.

upon my release from prison I will be staying with my mom at 70 New Salem RD, Petersham MA 01366. I will be looking for work in this area in landscapeing or construction.

I've spent my time in prison learning from my mistakes. I look forward to hearing from you.

Sincerley
Matthew Lugin

Matthew P. Lugin #17880-006

## INFORMAL RESOLUTION
## FEDERAL PRISON CAMP-YANKTON, SOUTH DAKOTA

In accordance with Program Statement 1330.18, Administrative Remedy Program, this form will serve as documentation by the respective staff member and the Unit Manager to indicate an informal attempt to resolve the complaint of the following inmate. A BP-9 will not be accepted without this completed form attached.

### THIS SECTION TO BE COMPLETED BY INMATE

Name: Matthew P. Lugin    Register Number: 17880-006    Date: 7-10-2020

Correctional Counselor: Mertens    Unit Manager: Sternhagen

Nature of Complaint: I would like to be considered for compassionate release under 18 U.S.C. 3582(C)(1)(A) due to the covid 19 pandemic. I request this because I am currently not eligible for consideration for release under the CARES act. My health is at risk due to years of abuse of cigeretts and meth.

I certify that on the above date I attempted informal resolution of the above request: _Matthew Lugin_
(Inmate Signature)

### THIS SECTION TO BE COMPLETED BY STAFF
(Ordinarily not to exceed three work days although additional time may be taken for more complex issues)

Date Received from Inmate: 7/10/20    Received By: [signature]

Efforts made to resolve the problem:

You are denied at this time due to no documented covid 19 risk factors.

Program Statements (if applicable) referenced or otherwise utilized in my attempt at informal resolution with the inmate were:

Signature of Staff Attempting Informal Resolution: [signature]    Date: 7/14/20

Signature of Unit Manager Review: [signature]    Date: 7/14/20

Date Returned to Inmate: 7/14/20



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Prison Camp*

Office of the Warden                    Yankton, SD  57078

July 22, 2020

**MEMORANDUM FOR LUGIN, MATTHEW PAUL REG. NO.: 17880-006**

**FROM:**       J.W. Cox, Warden

**SUBJECT:**    Request for Compassionate Release

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

You are requesting a compassionate release based on COVID-19. The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting COVID-19, does not currently warrant an early release from your sentence.

We are in receipt of Attorney General Barr's memo regarding Prioritization of Home Confinement as Appropriate in Response to COVID-19 Pandemic, and will be working to ensure we utilize home confinement, consistent with the memo, to protect the health and safety of BOP staff and inmates in our custody.

Additionally, inmates being considered for home confinement with a PATTERN score of low or minimum, have a COVID risk factor based on CDC guidelines, have served 50% of time or 25% with 18 months from release, and have no history of violence, are considered a priority at this time.

NAME: Matthew Login
REG#: 17880-006
FEDERAL PRISON CAMP
P.O. BOX 700
YANKTON, SD 57078

SIOUX FALLS SD 570
27 JUL 2020 PM 1 L

Judge R. Beistline
United States District Court
101 12th Avenue, Room 332
Fairbanks, Alaska 99701